Hollinger *v.* Syms.

LAWRENCE D. LANDRINE et al., appellants,

*v.*

GEORGE GIFFORD, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Gifford* v. *Landrine, 10 Stew. Eq. 127.*

*Mr. Gilbert Collins,* for appellants.

*Mr. William Brinkerhoff,* for respondent.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the vice-chancellor.

---

GUSTAVUS A. HOLLINGER, appellant,

*v.*

SAMUEL R. SYMS, executor &c., respondent.

On appeal from a decree of the Ordinary, whose opinion is reported in *Hollinger* v. *Syms, 10 Stew. Eq. 221.*

*Mr. Gilbert Collins* and *Mr. John C. Besson,* for appellant.

*Mr. Frederick B. Ogden,* for respondent.

PER CURIAM.

This decree affirmed for the reasons given by the Ordinary.

Turnure *v.* Turnure.

For affirmance — THE CHIEF-JUSTICE, DEPUE, KNAPP, MAGIE, PARKER, REED, SCUDDER, VAN SYCKEL, COLE, GREEN, KIRK—11.

For reversal—DIXON, PATERSON, WHITAKER—3.

JOHN L. TURNURE et al., appellants,

*v*

ELLEN TURNURE et al., respondents.

On appeal from a decree of the Ordinary, whose opinion is reported in *Turnure* v. *Turnure, 8 Stew. Eq. 437.*

*Mr. Allan L. McDermott,* for appellants.

*Mr. R. P. Wortendyke* and *Mr. Jos. D. Bedle,* for respondents.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the Ordinary, without costs in this court.